**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDGAR NUNEZ,

                Plaintiff,                      20 **CIVIL** 10268 (VB)(PED)

      -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated November 10, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, The ALJ will reassess the claimant's residual functional capacity during the period at issue.

**Dated:**  New York, New York
            November 12, 2021

                                                                   **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                      **BY:**     *K. Mango*
                                                                  **Deputy Clerk**